[No. 15017-4-II.   Division Two.   April 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LOREN C.
WHITES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 90-1-00752-7, William J. Kamps, J., entered
May 24, 1991. *Affirmed* by unpublished opinion per Green,
J. Pro Tem., concurred in by Morgan, J., and Quinn, J. Pro
Tem.

[No. 15065-4-II.   Division Two.   April 19, 1993.]

E.J. RODY AND SONS, INC., ET AL, *Appellants*, v. PIERCE
COUNTY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 89-2-06976-3, James D. Roper, J., entered May
14, 1991. *Affirmed* by unpublished opinion per Green, J. Pro
Tem., concurred in by Morgan, J., and Quinn, J. Pro Tem.

[No. 12096-1-III.   Division Three.   April 20, 1993.]

ANDREW J. BOYLE, *as Guardian ad Litem, Respondent*,
v. DEVON NAY, *Defendant*, SPOKANE SCHOOL
DISTRICT NO. 81, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 83-2-03281-9, Harold D. Clarke, J.,
entered November 20, 1991. *Reversed* by unpublished opin-
ion per Munson, J., concurred in by Thompson, A.C.J., and
Sweeney, J.